MARK S. ALGORRI – SBN 88859
CAROLYN L. TAN – SBN 269770
**DeWITT ALGORRI & ALGORRI**
LAWYERS
25 East Union Street
Pasadena, CA 91103
Tel: (626) 568-4000
Fax: (626) 584-3980

JAMES M. BERGENER, ESQ. – SBN 226570
**BERGENER & ASSOCIATES**
4675 MacArthur Court, Suite 1400
Newport Beach, CA 92660
Tel: (949) 644-1000
Fax: (949) 644-1005

Attorneys for Plaintiff,
CATHY CARRILLO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY CARRILLO,<br><br>            Plaintiff,<br><br>vs.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; DELAWARE NORTH COMPANIES, INCORPORATED; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | CASE NO: 1:13-CV-00298-AWI-SKO<br>Assigned to Hon. Anthony Ishii<br><br>**[PROPOSED] ORDER ON DISMISSAL** |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING, the above-referenced case is dismissed without prejudice, each party to bear its own costs and attorneys fees.

/ / /

/ / /

IT IS SO ORDERED.

Dated:   August 6, 2013                           _____
                                                  SENIOR DISTRICT JUDGE